```
                                                          FILED
                                                      November 9, 2005
         UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                         DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )     Case No. CR S-05-0401 WBS
            Plaintiff,               )
v.                                   )     ORDER FOR RELEASE OF
                                     )     PERSON IN CUSTODY
TODD ROBERT CULBERTSON,              )
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TODD ROBERT CULBERTSON , Case No. CR S-05-0401 WBS , Charge  18 USC § 472 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    X   Bail Posted in the Sum of $_____

           X   Unsecured Appearance Bond $ 25,000

           __   Appearance Bond with 10% Deposit

           __   Appearance Bond with Surety

           __   Corporate Surety Bail Bond

           X   (Other) _Pretrial Services Supervision with conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 9, 2005  at  2:35 p.m. .

                                        By  _Dale A. Drozd_
                                            Dale A. Drozd
                                            United States Magistrate Judge

Original - U.S. Marshal